IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

DANNY LEE HOOPER
ADC #107609                                                                                       PLAINTIFF

v.                              No. 2:21-cv-58-DPM-ERE

ROSEVELT BARDEN,
Captain Shift Supervisor, EARU                                                  DEFENDANT

## ORDER

The Court adopts Magistrate Judge Ervin's unopposed partial recommendation, *Doc. 24*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion for summary judgment, *Doc. 16*, denied without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

6 December 2021