# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**DANNY LEE HOOPER**  
**ADC #107609**                                                                                                   **PLAINTIFF**

**V.**                                       **NO. 2:21-cv-58-DPM-ERE**

**ROOSEVELT BARDEN**                                                                                              **DEFENDANT**

## ORDER

Pending before the Court are two motions filed by Plaintiff Danny Lee Hooper: (1) a motion to amend his complaint (*Doc. 60*); and (2) a motion for order (*Doc. 61*).

1. **Motion to Amend**

In this motion, Mr. Hooper states that he seeks to sue Defendant Roosevelt Barden in his "personal capacity only." On January 11, 2023, the undersigned recommended that Mr. Hooper's claims against Defendant Barden in his official capacity be dismissed. *Doc. 59*. That Recommendation remains pending. Mr. Hooper appears to agree that the official capacity claims should be dismissed; however, there is no need to amend his complaint.

2. **Motion for Order**

In this motion, Mr. Hooper requests a status update for this lawsuit. *Doc. 61*. At this time, the undersigned has recommended that Defendant Barden's motion for summary judgment (*Doc. 50*) be GRANTED, in part, and DENIED, in part, and that

Mr. Hooper be allowed to proceed on his individual capacity claim for money damages related to Defendant Barden's use of force after Mr. Hooper was placed in the isolation cell. If the pending Recommendation is adopted, this remaining claim will be ready to be set for trial.

IT IS THEREFORE ORDERED THAT:

1. Mr. Hooper's motion to amend (*Doc. 60*) is DENIED, as moot.

2. Mr. Hooper's motion for order (*Doc. 61*) is GRANTED.

Dated this 23rd day of January, 2023.

_____
UNITED STATES MAGISTRATE JUDGE