IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

DANNY LEE HOOPER
ADC #107609                                                                                    PLAINTIFF

v.                                   No. 2:21-cv-58-DPM-ERE

ROSEVELT BARDEN,
Captain Shift Supervisor, EARU                                                          DEFENDANT

## ORDER

1. On *de novo* review, the Court adopts Magistrate Judge Ervin's recommendation, *Doc. 59*, and overrules Hooper's objections, *Doc. 63*. Fed. R. Civ. P. 72(b)(3). Motion for summary judgment, *Doc. 50*, partly granted and partly denied. Hooper's claim about the use of force in the isolation cell goes forward. All other claims are dismissed with prejudice.

2. A Final Scheduling Order setting this case for trial will issue in due course. The Court returns this case to Magistrate Judge Ervin for further pretrial proceedings, including appointment of counsel.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

11 April 2023