IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

DANNY LEE HOOPER
ADC #107609                                                   PLAINTIFF

v.                      No. 2:21-cv-58-DPM

ROOSEVELT BARDEN,
Captain Shift Supervisor, EARU                    DEFENDANT

## ORDER

1.     Hooper's motion in limine, *Doc. 86*, is granted as modified. Here are the Court's rulings:

- **Past Criminal Convictions.**

  Granted without objection.

- **Hooper's Prison Disciplinary Records.**

  Granted without objection.

- **Unrelated Grievances and Lawsuits.**

  Granted as modified. Unrelated grievances and lawsuits involving Barden are also excluded.

- **Street Clothes and Shackles.**

  Granted with a caveat. Hooper and his prison witnesses may appear unshackled and in street clothes. But the Court may amend this ruling, with respect to any inmate, in the interest of courtroom security

after consultation with the U.S. Marshal. *Holloway v. Alexander*, 957 F.2d 529, 530 (8th Cir. 1992).

2. The parties should prepare for trial the week of February 27th. The older prisoner case set ahead of this one is wobbling. And none of the criminal cases set that week are, at this point, expected to go to trial then.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 January 2024