IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

DANNY LEE HOOPER
ADC #107609                                                                PLAINTIFF

v.                              No. 2:21-cv-58-DPM

ROOSEVELT BARDEN,
Captain Shift Supervisor, EARU                                       DEFENDANT

## ORDER

The *voir dire* and preliminary instructions are locked in without objection. They're attached. No suggestions have been made on the final instructions or verdict, either. But they will hang fire until the proof is in.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 February 2024