IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

DANNY LEE HOOPER
ADC #107609                                                                           PLAINTIFF

v.                                    No. 2:21-cv-58-DPM

ROOSEVELT BARDEN,
Captain Shift Supervisor, EARU                                         DEFENDANT

## JUDGMENT

1.    Danny Hooper is an inmate at the Arkansas Division of Correction. He claimed that Roosevelt Barden, and ADC employee, used excessive force against him on 20 April 2019 in violation of Hooper's Eighth Amendment rights. Hooper sued Barden under 42 U.S.C. § 1983. One claim survived summary judgment: Hooper's individual-capacity claim about Barden's use of force in the isolation cell. The parties tried this claim to a twelve-person jury in Helena, starting on 28 February 2024 and ending on 1 March 2024. After hearing all the evidence, this Court's instructions, and the parties' arguments, the jury deliberated and returned its verdict. That verdict is attached and incorporated.

2.    The Court enters Judgment on the jury's verdict for Roosevelt Barden. Hooper's complaint is dismissed with prejudice.

*W.P. Marshall Jr.*

D.P. Marshall Jr.
United States District Judge

4 March 2024

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 1 - 2024
Filed in open Court
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

# VERDICT

Court's Verdict  
1 March 2024

2:21-cv-58-DPM  
*Hooper v. Barden*

1. On Hooper's excessive force claim against Barden, as submitted in Instruction No. 7, we find for:

   _____ Hooper

   \_\_\_\_✓_____ Barden

**If you found for Hooper in Question 1, then answer Question 2 below. If you found for Barden in Question 1, then your deliberations are done. Your foreperson should date and sign the verdict and inform the Court that you have a verdict.**

2. We find Hooper's compensatory damages to be:

   - Mental Anguish, Pain, Suffering, and other Nonmonetary Loss:  $_____

   If you find Hooper suffered damages, but they have no monetary value, then enter $1.00.

Please sign and date this form.

\_\_\_*[signature]*_____      \_\_3/1/2024\_\_\_12:51 pm\_\_
Foreperson                                            Date/time

Court's Verdict                                           2:21-cv-58-DPM
1 March 2024                                              *Hooper v. Barden*