# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**DANNY LEE HOOPER**                                          **PLAINTIFF**
**ADC #107609**

**v.**                      **No. 2:21-cv-58-DPM**

**ROOSEVELT BARDEN,**
**Captain Shift Supervisor, EARU**                    **DEFENDANT**

### ORDER

Motion for copies, *Doc. 136*, granted with a decision reserved on the embedded filing-fees issue. The Court directs the Clerk to send Hooper a copy of the docket sheet and of *Doc. 123*, *129*, and *130*. The Court will look into the filing-fees issue and file an Order on it in due course.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

18 June 2024