IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**DANNY LEE HOOPER**
**ADC #107609**                                                                   PLAINTIFF

v.                       No. 2:21-cv-58-DPM

**ROOSEVELT BARDEN,**
**Captain Shift Supervisor, EARU**                                       DEFENDANT

### ORDER

In an earlier Order, the Court granted Hooper's motion for copies, *Doc. 136*, but reserved decision on the embedded filing-fees issue. *Doc. 137*. This is that Order. The $700 Hooper paid in August 2021 was fully applied to an older case, No. 2:12-cv-48-SWW. As of 24 June 2024, Hooper still owes $1,740.22 in four cases. Here's the breakdown:

- No. 2:09-cv-135-SWW ............. $283.85
- No. 2:12-cv-47-BSM ................. $346.37
- No. 2:12-cv-48-SWW ............... $155.00
- No. 2:21-cv-58-DPM ................ $955.00

Each case's payment records are attached. The Court sees no errors.

\* \* \*

Motion, *Doc. 136*, partly granted as specified in the Court's 18 June 2024 Order, and partly denied as specified in this Order.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

26 June 2024